IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01617-RBJ

CESAR PASILLAS-SANCHEZ,

    Applicant,

v.

RICK LIND, Warden, Arkansas Valley Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER TO SUPPLEMENT STATE COURT RECORD

---

On November 30, 2015, the Court directed Respondents to file, within 30 days, a copy of the complete record of Applicant's state court proceedings in Jefferson County District Court Case No. 03CR783, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. (Docket No. 15).

The state court record was filed in this Court on December 15, 2016.   (Docket No. 20).   However, missing from the record is a copy of the December 16, 2004 hearing transcript.   (*See* State Court Record, Court File, 12/27/04 Order).   The hearing transcript is relevant to Applicant's first claim for relief.   Accordingly, it is

ORDERED that Respondents shall file, within **14 days**, a copy of the December 16, 2004 hearing transcript. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
 Jefferson County District Court
 100 Jefferson County Parkway
 Golden, Colorado 80419; and

(2) Court Services Manager
 State Court Administrator's Office
 1300 Broadway
 Denver, Colorado   80203.

DATED March 1, 2016, at Denver, Colorado.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge